IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HOWARD COHAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs | ) Civil Action No.: 19-CV-02946 |
| | ) |
| INTEGRATED 32 WEST RANDOLPH, LLC | ) |
| d/b/a CAMBRIA HOTEL AND SUITES, | ) |
| | ) |
| Defendant. | ) |

**STIPULATION TO VOLUNTARY DISMISSAL PURSUANT
TO FED.R.CIV.P. 41(a)(1)(A)(ii)**

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), the Plaintiff, HOWARD COHAN and the Defendant INTEGRATED 32 WEST RANDOLPH, LLC, d/b/a CAMBRIA HOTEL AND SUITES, hereby stipulate and agree to the voluntary dismissal of this action, with prejudice, each party to bear their own costs, including attorneys' fees, as all matters in controversy have been fully resolved.

| | |
|---|---|
| HOWARD COHAN | INTEGRATED 32 WEST RANDOLPH, LLC d/b/a CAMBRIA HOTEL AND SUITES |
| By: /s/ *Marshall J. Burt* | |
| Marshall J. Burt, Esq. | |
| The Burt Law Group, Ltd. | |
| 77 W. Washington, Ste 1300 | By: */s/ Jessica E. Quarless* |
| Chicago, IL 60602 | Jessica E. Quarless, Esq. |
| 312-419-1999 | Jackson Lewis P.C. |
| Marshall@mjburtlaw.com | 150 North Michigan Avenue, Suite 2500 |
| | Chicago, IL 60601 |
| | (312) 787-4949 |
| | Jessica.Maiden@jacksonlewis.com |